PROB 12C
(6/16)

Report Date: April 25, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Elvin Gomez                                   Case Number: 0980 4:23CR06010-MKD–1

Address of Offender: ███████████████████████████ Kennewick, Washington 99336

Name of Sentencing Judicial Officer:   The Honorable Sam A. Lindsay, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 27, 2015

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance with Intent to Distribute and Aiding and Abetting, 21 U.S.C. § 841(a)(1) (b)(1)(C)  and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 121 months<br>TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | To be assigned |
| Date Supervision Commenced: | November 18, 2022 |
| Defense Attorney: | To be assigned |
| Date Supervision Expires: | November 17, 2025 |

## PETITIONING THE COURT

To issue a summons.

On November 18, 2022, the undersigned officer reviewed the conditions of supervised release with Mr. Gomez over the telephone. On November 21, 2022, Mr. Gomez reported to the probation office as required and all the conditions of supervised release were again reviewed with him. Mr. Gomez verbalized a full understanding and signed a copy of his conditions.

On March 20, 2023, transfer of jurisdiction from the Northern District of Texas to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: The defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.<br><br>**Supporting Evidence**: Elvin Gomez is considered to be in violation of his term of supervised release by having consumed alcohol on or about February 26, 2023.<br><br>On March 2, 2023, Mr. Gomez reported to the probation office as required. During this office visit, Mr. Gomez admitted to the undersigned officer to having consumed alcohol on February 26, 2023, as he was with family celebrating his niece's third birthday. Mr. Gomez signed an admission form. |

Prob12C
Re: Gomez, Elvin
April 25, 2023
Page 2

2    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Elvin Gomez is considered to be in violation of his term of supervised release by committing the offense of assault-domestic violence on or about February 27, 2023.

According to the offense summary in the Washington State Judicial Access Browser System (JABS), on February 27, 2023, Kennewick Police Department (KPD) officers were dispatched to an assault - domestic violence (DV). Mr. Gomez had arrived home from the gym and his brother, Luis Gomez, was standing by the door. They got into a verbal argument over respect. The defendant's brother reported Mr. Gomez punched him in the head and chest several times. The defendant's brother had scratch marks on his right hand and wrist, and red marks on his neck and chin. Mr. Gomez was arrested and booked into the Benton County Jail. Mr. Gomez was released the following day on February 28, 2023. Mr. Gomez was charged with assault-DV, Benton County District case number 3A0229953. This state matter is pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 25, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

M. K. Dimke

Signature of Judicial Officer
4/26/2023
Date